No. 1031.   COLEGROVE ET AL. *v.* BARRETT, SECRETARY OF STATE OF ILLINOIS, ET AL.

March 10, 1947.   *Per Curiam:*  The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   In view of the Court's refusal to grant rehearing in *Colegrove* v. *Green,* 328 U. S. 549, rehearing denied, 329 U. S. 825, 828, and its dismissal of the appeals in *Cook* v. *Fortson* and *Turman* v. *Duckworth,* 329 U. S. 675, rehearing denied, 329 U. S. 829, MR. JUSTICE RUTLEDGE concurs in the dismissal of this appeal.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MURPHY are of the opinion that probable jurisdiction should be noted.   *Urban A. Lavery* for appellants. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for appellees.

No. 117, Misc.   SEIBOLD *v.* SNYDER, SECRETARY OF THE TREASURY.   March 10, 1947.   The application is denied.

No. 483.   MURRAY *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.   March 10, 1947.   Certiorari, 329 U. S. 705, to the Circuit Court of Appeals for the First Circuit dismissed on motion of counsel for the petitioner.   *Richard F. Upton* and *Robert W. Upton* for petitioner.   *Acting Solicitor General Washington, Philip Elman, William E. Remy, David London* and *Samuel Mermin* for respondent.